**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| BETTER MOUSE COMPANY, LLC, | CIVIL ACTION NO. 2:16-cv-327 |
| Plaintiff, | |
| | ORIGINAL COMPLAINT |
| v. | FOR PATENT INFRINGEMENT |
| SDI TECHNOLOGIES INC., d/b/a IHOME, | **<u>JURY TRIAL DEMANDED</u>** |
| Defendant. | |

Plaintiff Better Mouse Company, LLC ("Better Mouse") files this original complaint against the above-named Defendant, alleging, based on its own knowledge as to itself and its own actions, and based on information and belief as to all other matters, as follows:

<u>PARTIES</u>

1.      Better Mouse is a limited liability company formed under the laws of the State of Texas, with a principal place of business in Tyler, Texas.

2.      Defendant SDI Technologies Inc., d/b/a iHome ("iHome") is a corporation organized under the laws of Delaware with a place of business in Rahway, NJ.  It can be served through its resident agent for service of process in Texas: The Prentice-Hall Corporation System, 211 E. 7th Street, Suite 620, Austin, TX 78701-3218.

<u>JURISDICTION AND VENUE</u>

3.      This is an action for infringement of a United States patent arising under 35 U.S.C. §§ 271, 281, and 284–85, among others.  This Court has subject matter jurisdiction of the action under 28 U.S.C. § 1331 and § 1338(a).

4.      Venue is proper in this district under 28 U.S.C. §§ 1391 and 1400(b). Defendant has transacted business in this district and has committed acts of patent infringement in this district.

5.      Defendant is subject to this Court's specific and general personal jurisdiction under due process and/or the Texas Long Arm Statute due at least to Defendant's substantial business in this forum, including: (i) at least a portion of the infringements alleged herein; and (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct, and/or deriving substantial revenue from goods and services provided to individuals in Texas and in this district.

## COUNT I: DIRECT INFRINGEMENT OF U.S. PATENT NO. 7,532,200

6.      On May 12, 2009, United States Patent No. 7,532,200 ("the 200 patent") was duly and legally issued by the United States Patent and Trademark Office for an invention titled "Apparatus for Setting Multi-Stage Displacement Resolution of a Mouse."

7.      Better Mouse is the owner of the 200 patent with all substantive rights in and to that patent, including the sole and exclusive right to prosecute this action and enforce the 200 patent against infringers, and to collect damages for all relevant times.

8.      The 200 patent generally covers certain computer mice and other similar devices that have the ability to change resolutions through one or more toggles or switches on the exterior of the mouse, without using a software driver or tool that is external to the mouse.

9.      Defendant, without authority from Better Mouse, made, had made, used, imported, provided, supplied, distributed, sold, and/or offered for sale computer mice and other similar devices with the ability to change resolutions through one or more toggles or switches on

the exterior of the mouse without using a software driver or tool that is external to the mouse. These acts constitute infringement under 35 U.S.C. § 271(a).

10.     The accused devices include at least the following mouse models: iHome Optical Mouse for Mac, and iHome Wireless Optical Computer Mouse.  The accused devices infringe one or more of the following claims of the 200 patent: claims 1–4, and/or 6–9.

11.     Better Mouse has been damaged as a result of the infringing conduct by Defendant alleged above.  Thus, Defendant is liable to Better Mouse in an amount that adequately compensates Better Mouse for such infringements, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

12.     Better Mouse and/or its predecessors-in-interest have satisfied all statutory obligations required to collect pre-filing damages for the full period allowed by law.

## JURY DEMAND

Better Mouse hereby requests a trial by jury on all issues so triable by right.

## PRAYER FOR RELIEF

Better Mouse requests that the Court find in its favor and against Defendant and that the Court grant Better Mouse the following relief:

a.     Judgment that one or more claims of the 200 patent have been infringed, either literally and/or under the doctrine of equivalents, by Defendant;

b.     Judgment that Defendant account for and pay to Better Mouse all damages to and costs incurred by Better Mouse because of Defendant's infringing activities and other conduct complained of herein, including an award of all increased damages to which Better Mouse is entitled under 35 U.S.C. § 284;

c.      A permanent injunction enjoining Defendant and its respective officers, directors,

agents, servants, affiliates, employees, divisions, branches, subsidiaries, parents, and all others

acting in active concert therewith from infringement of the 200 patent; or, in the alternative, an

award of a reasonable ongoing royalty for future infringement of the 200 patent by such entities;

d.      Pre-judgment and post-judgment interest on the damages caused by Defendant's

infringing activities and other conduct complained of herein;

e.      A declaration by the Court that this is an exceptional case and an award to Better

Mouse of its reasonable attorneys' fees and costs in accordance with 35 U.S.C. § 285; and

f.      Other and further relief as the Court may deem just and proper under the

circumstances.

Dated: April 1, 2016                         Respectfully submitted,

                                             */s/ Larry D. Thompson, Jr.*
                                             Larry D. Thompson, Jr. (lead attorney)
                                             Texas Bar No. 24051428
                                             larry@ahtlawfirm.com
                                             Matthew J. Antonelli
                                             Texas Bar No. 24068432
                                             matt@ahtlawfirm.com
                                             Zachariah S. Harrington
                                             Texas Bar No. 24057886
                                             zac@ahtlawfirm.com
                                             ANTONELLI, HARRINGTON
                                             & THOMPSON LLP
                                             4306 Yoakum Blvd., Ste. 450
                                             Houston, TX 77006
                                             (713) 581-3000
                                             (713) 581-3020 fax

                                             Stafford Davis
                                             State Bar No. 24054605
                                             THE STAFFORD DAVIS FIRM, PC
                                             102 North College Ave, 13th Floor
                                             Tyler, Texas 75702
                                             (903) 593-7000
                                             sdavis@stafforddavisfirm.com

*Attorneys for Better Mouse Company, LLC*