AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court  FOR THE EASTERN DISTRICT OF TEXAS  on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:16-cv-327 | DATE FILED<br>4/1/2016 | U.S. DISTRICT COURT<br>FOR THE EASTERN DISTRICT OF TEXAS |
|---|---|---|
| PLAINTIFF<br>BETTER MOUSE COMPANY, LLC | | DEFENDANT<br>SDI TECHNOLOGIES INC., d/b/a IHOME |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,532,200 | 5/12/2009 | BETTER MOUSE COMPANY, LLC |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff Better Mouse Company, LLC and defendant SDI Technologies, Inc. d/b/a iHome are hereby dismissed with prejudice

| CLERK<br>*David A. O'Toole* | (BY) DEPUTY CLERK<br>Sonja Oliver | DATE<br>4/20/17 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**